

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00282-CV

_____

IN RE S.Z., Relator

Original Proceeding
233rd District Court of Tarrant County, Texas
Trial Court No. 233-655710-19

Before Bassel, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied for want of a reporter's record and an order. *See In re State ex rel. Skurka*, 512 S.W.3d 444, 450–51 (Tex. App.—Corpus Christi–Edinburg 2016, orig. proceeding). Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: August 9, 2023